THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE THOMAS, Appellant. [704 NYS2d 481] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered December 18, 1997, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Although certain of the prosecutor's remarks during summation were improper (*see, e.g., People v Mahboubian,* 74 NY2d 174; *People v Walters,* 251 AD2d 433), they were harmless in light of the overwhelming evidence of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230; *People v Walston,* 196 AD2d 903).

The defendant's remaining contentions are without merit. Santucci, J. P., Joy, S. Miller and H. Miller, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VALDEZ, Appellant. [703 NYS2d 727] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Thomas, J.), rendered November 13, 1995, convicting him of rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends, *inter alia,* that he was deprived of a fair trial because of prosecutorial misconduct. We agree that several remarks made by the prosecutor, both during cross-examination and in summation, exceeded the bounds of proper advocacy. However, the comments were harmless error because the evidence of guilt was overwhelming and the comments did not deprive the defendant of a fair trial (*see, People v Crimmins,* 36 NY2d 230; *People v Valdez,* 262 AD2d 338).

The defendant's remaining contentions are without merit. Sullivan, J. P., Luciano, H. Miller and Feuerstein, JJ., concur.